UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARISA DE MEXICO S.A. DE C.V.,

                Plaintiff,

       -against-                                09 Civ. 6907 (LAK)

CONDUX S.A. DE C.V.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       In the wake of *Shipping Corp. of India Ltd. v. Jaldhi Overseas Pte. Ltd.*, Nos. 08-3477(L), 08-3758 (XAP) (2d Cir. Oct. 16, 2009), I directed plaintiff to show cause why the process of maritime attachment and garnishment ("PMAG") previously issued herein should not be vacated and the action dismissed. Plaintiff has not responded to the order though the time within which to have done so has expired.

       Accordingly, the PMAG is vacated and the action dismissed without prejudice and without costs.

       SO ORDERED.

Dated:      November 24, 2009

                                                    Lewis A. Kaplan
                                           United States District Judge